**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. WILSON,<br><br>  Plaintiff,<br><br>  v.<br><br>RAUL MORALES, et al.,<br><br>  Defendants. | Case No. 1:24-cv-01113 JLT BAM (PC)<br><br>ORDER DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN 21 DAYS |

Seven months ago, the Court ordered Plaintiff to pay the filing fee in this action, denied reconsideration of its order, and directed Plaintiff to pay the filing fee. (Docs. 13, 15.) Plaintiff appealed the order denying reconsideration to the Ninth Circuit Court of Appeals. The Ninth Circuit determined Plaintiff was not entitled to proceed *in forma pauperis* in the appeal and directed Plaintiff to pay the filing fee. (Doc. 19.) Plaintiff failed to pay the filing fee, and the Ninth Circuit dismissed his appeal. (Doc. 20.) The mandate of the Court is now in effect. (*Id.* at 1.)

The filing fee must be paid for this action to proceed. *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022). Accordingly, the Court **ORDERS** that Plaintiff **SHALL** pay the filing fee within 21 days. **Failure to do so will result in dismissal of the action.**

///

///

Based upon the amount of time that has passed since the Court ordered payment of the filing fee, the Court will not entertain any requests for extensions of time to pay the fee.

IT IS SO ORDERED.

Dated: __June 20, 2025__                    _/s/ Jennifer L. Thurston_
                                             UNITED STATES DISTRICT JUDGE

2